USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND, WELFARE FUND, :    1:25-cv-6296-GHW
ANNUITY FUND, AND APPRENTICESHIP, :
JOURNEYMAN RETRAINING, :    <u>ORDER</u>
EDUCATIONAL AND INDUSTRY FUND, *et* :
*al.*, :
:
                     Petitioners, :
:
        -against- :
:
NEW YORK CITY ACOUSTICS, INC., :
:
                     Respondent. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

    On July 31, 2025, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve a memorandum of law, a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than August 22, 2025. Respondent's opposition is due by October 6, 2025. Petitioners' reply, if any, is due by October 24, 2025.

    Petitioners are directed to serve the petition and supporting materials upon respondent by August 8, 2025 and to file an affidavit of such service with the Court by August 11, 2025.

    SO ORDERED.

Dated: August 3, 2025  
New York, New York  
                                                            GREGORY H. WOODS  
                                                    United States District Judge