UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/14/2025

---------------------------------------------------------------X
                           :

TRUSTEES OF THE NEW YORK CITY       :
DISTRICT COUNCIL OF CARPENTERS   :
PENSION FUND, WELFARE FUND,      :
ANNUITY FUND, AND APPRENTICESHIP,  :
JOURNEYMAN RETRAINING,        :
EDUCATIONAL AND INDUSTRY FUND, *et* :
*al.*,                                :
                           :
                Petitioners,  :
                           :
        -against-       :
                           :
NEW YORK CITY ACOUSTICS, INC.,    :
                           :
                Respondent.  :
                           :
---------------------------------------------------------------X

1:25-cv-6296-GHW

<u>ORDER</u>

GREGORY H. WOODS, District Judge:

On July 31, 2025, Petitioners filed a petition to confirm an arbitration award.  Dkt. No. 1. The Court has identified certain issues with respect to the additional materials Petitioners submitted in support of their petition.  These issues suggest that Petitioners have appended the incorrect Collection Policy in support of their motion.[1]

First, Petitioners' Rule 56.1 Statement states that "the Funds shall be entitled to collect . . . interest on the unpaid contributions *at the prime rate of Citibank plus 2%.*"  Dkt. No. 16 ¶ 19 (citing Dkt. No. 1-8 ("Collection Policy") § V, ¶¶ 4–5)[2] (emphasis added).  However, the Collection Policy filed in this case provides that "interest owed by a delinquent employer shall be calculated *at the prime lending rate of JPMorgan Chase Bank plus 200 basis points.*"  Collection Policy § V, ¶ 1 (emphasis added).

---

[1] Petitioners may have inadvertently filed the wrong Collection Policy in this case.  The Collection Policy filed here, Dkt. No. 1-8, is the same document filed in a different case filed by Petitioners, who were represented by the same counsel. *See Trustees of the New York city District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, et al. v. Minelli Construction Co.*, No. 1:25-cv-1036, Dkt. No. 1-10.
[2] Petitioners cite the incorrect paragraph number—the applicable interest rate is identified in paragraph one, not paragraphs four or five.  *See* Dkt. No. 16 ¶ 19.

Second, Petitioners' Collection Policy "designate[s] a panel of five arbitrators, consisting of:  Roger Maher, J.J. Pierson, Steven Kasarda, Jeffrey Stein, and Daniel Engelstein," which "can be changed at any time at the discretion of the Trustees."  *Id.* VI, ¶ 2.  The Collective Bargaining Agreement, by contrast, provides that "[a]ny grievance . . . shall be submitted to arbitration before Roger Maher or Richard Adelman."  Dkt. No. 1-3 Art. XIII, § 3.

Accordingly, Petitioners are directed to file in this case and serve upon Respondent, either (1) a corrected Collection Policy; or (2) to the extent that the Collection Policy filed at Dkt. No. 1-8 is the applicable Collection Policy, a letter to the Court explaining the above-identified discrepancies, no later than October 22, 2025.  Petitioners are further directed to serve a copy of this order on Respondent.  Respondent's deadline to file its opposition to Petitioners' motion to confirm the arbitration award, is extended to November 5, 2025.

SO ORDERED.

Dated:  October 14, 2025

_____
GREGORY H. WOODS
United States District Judge

2