USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND, WELFARE FUND, :  1:25-cv-6296-GHW
ANNUITY FUND, AND APPRENTICESHIP, :
JOURNEYMAN RETRAINING, :  ORDER
EDUCATIONAL AND INDUSTRY FUND, *et* :
*al.*, :
:
                        Petitioners, :
:
           -against- :
:
NEW YORK CITY ACOUSTICS, INC., :
:
                        Respondent. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

On July 31, 2025, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. The Court identified certain discrepancies with respect to the additional materials Petitioners submitted in support of their petition. Dkt. No. 18. Accordingly, on October 14, 2025, the Court ordered Petitioners to file a letter explaining these discrepancies. *Id.* Petitioners filed their letter in response on October 21, 2025. Dkt. No. 20 ("Response Letter"). In their letter, Petitioners assert that "the Collection Policy previously submitted is correct," as part of the "comprehensive set of governing documents incorporated by referenced into, but maintained separately from, the CBA." *Id.* at 1–2 (referring to the "Collection Policy," Dkt. No. 1-8, and the Collective Bargaining Agreement, or "CBA," Dkt. No. 1-3).

Petitioners' letter responds to the Court's concern with respect to an inconsistent reference as to the designated arbitrator. *Contrast* Collection Policy § VI, ¶ 2 (designating "a panel of five arbitrators, consisting of: Roger Maher, J.J. Pierson, Steven Kasarda, Jeffrey Stein, and Daniel

Engelstein"), *with* CBA art. XIII, § 3 (providing that "[a]ny grievance . . . shall be submitted to arbitration before Roger Maher or Richard Adelman"). Petitioners argue that "[t]his difference does not indicate that the wrong Collection Policy was submitted. Rather, it reflects an administrative update adopted by the Funds' Trustees pursuant to their authority under the Trust Agreements. Over time, the Trustees have revised the panel of designated arbitrators. . . . As part of that update, additional qualified arbitrators were added." Response Letter at 2.

Accordingly, Petitioners are directed to file an affidavit attesting to facts sufficient to support those statements identified above with respect to any adopted administrative update modifying the designated arbitrators, and any related documentation, no later than October 30, 2025. Petitioners are further directed to serve both a copy of this order and a copy of the affidavit on Respondent.

SO ORDERED.

Dated: October 25, 2025

GREGORY H. WOODS
United States District Judge

2